FILED by ____ D.C.
ELECTRONIC

May 17 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  00-4056-CIV-HIGHSMITH/GARBER

RALPH EDWIN WILSON,

       Plaintiff,

v.

MIAMI-DADE COUNTY,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff gives notice that this matter has been amicably resolved.  The parties will execute the necessary papers in the near future, and request the Court to advise whether it has any particular procedures it wishes followed.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail and fax on ERIC RODRIGUEZ, A.C.A., 111 N.W. 1st St. #2810, Miami, FL 33128, on 5/17/04.

       FEILER, LEACH & McCARRON, P.L.
       Attorneys for Plaintiff
       901 Ponce de Leon Blvd., Penthouse Suite
       Coral Gables, FL 33134-3009
       FeilerLeachPL@aol.com
       Tel. (305) 441-8818
       Fax (305) 441-8081

       By:/s/_____
         Michael B. Feiler
         Fla. Bar No. 098477